AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| MELISSA RENEE MURRAY | ) Case No. 1:26-cr-030 |
| | ) |
| Defendant | ) |

REC'D USMS-D/ND
2026 FEB 11 14:34

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Melissa Renee MURRAY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute a Controlled Substance (40 grams or more fentanyl - mixture)
Possession with Intent to Distribute a Controlled Substance (500 grams or more methamphetamine - mixture)
Maintaining Drug-Involved Premises
Aiding and Abetting

Date:   02/11/2026

/s/ Melissa Fischer
*Issuing officer's signature*

City and state:   Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/11/26, and the person was arrested on *(date)* 2/19/26
at *(city and state)* Minot ND.

Date: 2/19/26

Arresting officer's signature

Dusm Shafer Demon
*Printed name and title*